IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WALLACE FITES § § Petitioner, § § VS. § § DOUGLAS DRETKE, Director § Texas Department of Criminal Justice, § Correctional Institutions Division § § Respondent. § | NO. 3-06-CV-0559-M |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court.

Petitioner is ordered to pay the $5.00 filing fee by **June 23, 2006**. If he fails to do so, this case will be dismissed without further notice.

SO ORDERED.

SIGNED this 25 day of May, 2006.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE